Form 9

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SOVERAIN SOFTWARE LLC   v.  NEWEGG INC.

No. 2011-1009

*REVISED*   **CERTIFICATE OF INTEREST**

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellee, Soverain Software LLC certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Soverain Software LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Same as above.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Please see attached.

March 5, 2013
Date

/s/ Megan Barbero
Signature of counsel

Megan Barbero
Printed name of counsel

Please Note: All questions must be answered
cc: Edward R. Reines

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR - 5 2013

JAN HORBALY
CLERK

124

2011-1009

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

SOVERAIN SOFTWARE LLC,

Plaintiff-Appellee,

v.

NEWEGG INC.,

Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of Texas in Case No. 07-CV-0511, Judge Leonard Davis.

**PLAINTIFF-APPELLEE'S ATTACHMENT TO REVISED CERTIFICATE OF INTEREST**

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

QUINN EMANUEL URQUHART & SULLIVAN, LLP: David Nelson, Robert B. Wilson, Daniel H. Bromberg, and Neil Cave

WILLIAMS MONTGOMERY & JOHN LTD.: Paul J. Ripp

JONES DAY: Kenneth R. Adamo, Thomas Demitrack, Thomas L. Giannetti, Mark C. Howland, George T. Manning, Barry R. Satine, Jennifer Seraphine, Ognian V. Shentov, Andrey Belenky, Kenneth Canfield, Clark Craddock, Lynda Q. Nguyen, Debra R. Smith, and Stela C. Tipi

THE ROTH LAW FIRM: Carl R. Roth, Amanda Aline Abraham, and Brendan Clay Roth

SIEBMAN BURG PHILLIPS & SMITH, LLP: Michael C. Smith

WILMER CUTLER PICKERING HALE AND DORR LLP: Seth P. Waxman, Thomas Saunders, and Megan Barbero

STERNE, KESSLER, GOLDSTEIN & FOX: Robert Greene Sterne, Jon E. Wright, Salvador M. Bezos

March 5, 2013

/s/ Megan Barbero
Megan Barbero